IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02608-ZLW

ROBERT ROCHEFORT,

    Plaintiff,

v.

MISTY LOGAN,
CAROL SOARS,
TERRY BARTRUFF, and
JOHN W. SUTHERS, Attorney General,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Robert Rochefort has filed *pro se* on February 16, 2006, a "Motion to Reconsider Judgment of Dismissal." Mr. Rochefort asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on February 3, 2006. The Court must construe the motion to reconsider liberally because Mr. Rochefort is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Rochefort filed the motion to reconsider within ten days after the

Order and Judgment of Dismissal.  *See* Fed. R. Civ. P. 6(a) (time periods of less than eleven days exclude intervening Saturdays, Sundays, and legal holidays).  Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e).  *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the instant action without prejudice because Mr. Rochefort failed to cure certain deficiencies within the time allowed.  Specifically, on December 23, 2005, Magistrate Judge O. Edward Schlatter entered an order giving Mr. Rochefort thirty days to file his complaint on the proper form and either to pay the $250.00 filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  On February 1, 2006, the Court signed the Order and Judgment of Dismissal noting that Mr. Rochefort had failed to respond to Magistrate Judge Schlatter's December 23 order.  Also on February 1, Mr. Rochefort attempted to cure the deficiencies by submitting to the Court a Prisoner Complaint on the proper form, a motion seeking leave to proceed *in forma pauperis*, and a cover letter stating that the filing fee was enclosed.  Mr. Rochefort argues in the motion to reconsider that he tried to cure the deficiencies within the time allowed but his efforts to do so were delayed by prison officials.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Rochefort fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action.  The Court has no record of receiving the filing fee from Mr. Rochefort in this action.  Furthermore, although he also filed a motion seeking leave to proceed *in forma pauperis*, he failed to submit a certified copy of his

inmate trust account statement as required pursuant to 28 U.S.C. § 1915(a)(2). Therefore, even considering the papers filed by Mr. Rochefort on February 1, 2006, the Court still finds that Mr. Rochefort failed to cure the deficiencies in this action. As a result, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Reconsider Judgment of Dismissal" filed on February 16, 2006, is denied.

DATED at Denver, Colorado, this 29 day of March, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02608-BNB

Robert Rochefort
Prisoner No. 68920
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3 30 06

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk